Eric R. Levine        (EL 7677)
Stephen L. Weinstein (SW 6261)
Eric Aschkenasy      (EA 6236)
EISEMAN LEVINE LEHRHAUPT
  & KAKOYIANNIS, P.C.
805 Third Avenue
New York, New York 10022
212-752-1000
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x



ELYSSA CORPORATION,                    :
ALAN B. SCHILSKY and                   :
LAWRENCE D. SCHILSKY,                  :      Case No.
                                       :
                        Plaintiffs,    :
                                       :
      -against-                        :
                                       :
GLOBAL ENGINEERING SECURITY            :      **COMPLAINT**
SYSTEMS, INC., JOHN DOES 1-10,         :
JANE DOES 1-10 and XYZ CORPS. 1-10,    :
                                       :
                        Defendants.    :      Jury trial demanded
                                       :
-------------------------------------------------------------x

08 CIV. 2766

**JUDGE KARAS**

Plaintiffs Elyssa Corporation, Alan B. Schilsky and Lawrence D. Schilsky

(collectively, "Plaintiffs") allege the following for their complaint against Global

Engineering Security Systems, Inc., John Does 1 - 10, Jane Does 1 - 10 and XYZ Corps.

1 -10 (collectively, "Defendants"), on personal knowledge as to Plaintiffs' own activities

and on information and belief as to the activities of the Defendants:

## INTRODUCTION

1.      This is an action for: (a) copyright infringement in violation of 17 U.S.C.

§§501, *et. seq.*; (b) unfair competition and false designation of origin in violation of 15

U.S.C. §1114(1) and 15 U.S.C. §1125(a); (c) unlawful and deceptive acts and practices in violation of N.Y. Gen. Bus. Law §349; and (d) unfair competition under New York state law, all of which activities have occurred in this District and elsewhere in interstate commerce.

      2.      Plaintiff Elyssa Corporation designs and manufactures sophisticated security and surveillance products and markets and sells those products to both the wholesale and retail market.

      3.      As detailed below, Plaintiffs recently discovered that defendant Global Engineering Security Systems, Inc. is reproducing and distributing Elyssa Corporation's intellectual property without authorization and in violation of both Federal and state law.

      4.      Accordingly, Plaintiffs bring this action to enjoin Defendants' unlawful activities and to recover damages pursuant to statutory and common law.

## THE PARTIES

      5.      Plaintiff Elyssa Corporation ("Elyssa") is a corporation organized under the laws of the State of New York with its principal place of business located at 4 Stonington Heights, Briarcliff Manor, New York.

      6.      Plaintiffs Lawrence D. Schilsky and Alan B. Schilsky (collectively, the "Schilskys") are individuals who reside in the State of New York. Plaintiff Lawrence D. Schilsky is Elyssa's president and owns a fifty percent share of Elyssa. Plaintiff Alan B. Schilsky is Elyssa's vice-president and owns a fifty percent share of Elyssa.

      7.      Upon information and belief, defendant Global Engineering Security Systems, Inc. ("GESS") is a corporation organized under the laws of the State of Florida,

with its principal place of business located at 2500 West 78th Street, Unit 7, Miami, FL
33016.

8.      Defendants John Does 1-10, Jane Does 1-10 and XYZ Corporations 1-10,
whose identities and addresses are presently unknown to Plaintiffs, are individuals and
corporate entities that, upon information and belief, have engaged in the unlawful
activities complained of herein.  The complaint will be amended, if appropriate, to
include the name or names of these individuals and entities when such information
becomes available.

## JURISDICTION AND VENUE

9.      This Court has original jurisdiction over this action pursuant to 28 U.S.C.
§§1331, 1332 and 1338(a) and 17 U.S.C. §501, 15 U.S.C. §1114(1) and 15 U.S.C.
§1125(a).  This Court has supplemental jurisdiction over Plaintiffs' claims under the laws
of the State of New York pursuant to 28 U.S.C. §1367.

10.      Venue is proper in this District pursuant to 28 U.S.C. §§1391 and 1400(a)
because GESS is transacting business within this District, and Defendants are subject to
personal jurisdiction in this District.

## FACTUAL BACKGROUND

11.      In 1997, Elyssa began designing, manufacturing, marketing and selling
sophisticated security and surveillance products.

12.      Since its formation, Elyssa has become a leader in the security and
surveillance industry and has become recognized throughout the United States for its
high-quality and superior products.

3

13.    Elyssa only sells its products through authorized retailers and maintains strict quality control standards for all of its products. Elyssa also provides full customer support for its products and maintains a toll-free customer support helpline.

14.    Currently, Elyssa's product lines include surveillance cameras, alarm systems, intercoms, monitors and computer-based DVR systems.[1]

15.    Elyssa's computer-based DVR systems are marketed and sold under the trademarked names Digivue and X-View (the "Digivue Products"). The Digivue Products give individuals and businesses the ability to easily and remotely control, record and store images gathered from up to thirty-two separate surveillance cameras. For example, with the Digivue Products, a business owner can be across the globe and still log on to a computer and remotely monitor and control all of the security cameras set up at the company factory.

16.    The Digivue Products have become favorably known throughout the United States for their high-quality and superior functionality. As a result of the high quality and superior functionality of the Digivue Products, they have achieved an outstanding reputation among consumers, especially among businesses seeking sophisticated security systems.

17.    The Digivue Products are sold in many national electronic stores such as Fry's Electronics and Altex Electronics, as well as in many smaller stores that focus on the sale of security-oriented products.

18.    The Schilskys are the owners of the entire right, title and interest in and to, U.S. Trademark Registration No. 2786220 and U.S. Trademark Registration No. 2922177

---

[1] A DVR, or digital video recorder, is a device that records video in a digital format to a disk drive or other medium.

which cover the marks DIGIVUE and X-VIEW, respectively, for use in commerce in connection with the production and sale of computer cards and software (the "Digivue Marks"). True and correct copies of the Certificates of Registration for the marks DIGIVUE and X-VIEW are attached hereto as Exhibits 1 and 2, respectively. Plaintiffs also have common law rights in the above for use in connection with computer cards and software. Plaintiffs' registered and common law trademarks are collectively referred to as the "Digivue Marks."

19.     Plaintiffs have used, and are currently using, the Digivue Marks in commerce in connection with the sale of the Digivue Products and plan to continue such use in the future.

20.     In addition to the Digivue Products themselves, Elyssa also creates drivers and manuals to be used with the Digivue Products.[2] Elyssa has invested substantial resources to develop a high-quality driver (the "Digivue Driver") to accompany the Digivue Products. Elyssa has also invested substantial resources to create a high-quality instruction manual (the "Digivue Manual") to accompany the Digivue Products.

21.     The Digivue Driver is the subject of U.S. Copyright Registration No. TXu 1-571-517, registered on February 13, 2008. A true and correct copy of the Certificate of Registration which covers the Digivue Driver is attached hereto as Exhibit 3.

22.     The Digivue Manual is the subject of U.S. Copyright Registration No. TX 6-827-011, registered on February 13, 2008. A true and correct copy of the Certificate of Registration which covers the Digivue Manual is attached hereto as Exhibit 4.

---

[2] A driver is software that allows a computer to communicate with hardware or devices. Without drivers, the hardware connected to the computer—for example, a surveillance camera or a printer—will not work properly.

5

23.    Elyssa is the owner of the entire right, title and interest in and to, U.S. Copyright Registration No. TXu 1-571-517 and U.S. Copyright Registration No. TX 6-827-011. Plaintiffs' registered and common law copyrights are collectively referred to as the "Digivue Copyrights."

## DEFENDANTS' INFRINGING CONDUCT

24.    Without authorization or license from Plaintiffs, GESS has willfully and intentionally used, reproduced and copied the Digivue Mark in connection with the sale of certain products on its website www.gess-inc.com (the "GESS Website").

25.    Furthermore, without authorization or license from Plaintiffs, GESS has willfully distributed and made available on the GESS Website, the Digivue Driver and Digivue Manual which both bear the Digivue Copyrights.

26.    For example, the GESS Website offers for sale, in New York and elsewhere, a product named the GESS DVR 203C, which, like the Digivue Products, is a computer-based DVR.

27.    Just like the Digivue Products, the GESS DVR 203C requires a driver in order to function correctly.

28.    Because of similarities between the GESS DVR 203C and the Digivue Products, the Digivue Driver can be used to make the GESS DVR 203C function correctly.

29.    All Digivue Products come with a compact disc which contains the Digivue Driver and Digivue Manual.

30.    The GESS DVR 203C comes with neither a driver nor manual.

6

31.    Instead, purchasers of the GESS DVR 203C are given a password which allows them to access a restricted section of the GESS Website.

32.    The password-protected section of the GESS Website offers various drivers and instruction manuals for download.

33.    Among the materials available for download on the password protected section of the GESS Website is a file entitled GESS_DVR_203C_New.zip. The GESS Website instructs purchasers of the GESS DVR 203C to download the file entitled GESS_DVR_203C_New.zip in order to use the GESS DVR 203C on computers that have Microsoft Vista as their operating system.

34.    The file entitled GESS_DVR_203C_New.zip contains the Digivue Driver and Digivue Manual that bear the Digivue Marks and Digivue Copyrights. In fact, the entire contents of the file are made up solely of materials belonging to Plaintiffs.

35.    The information pages contained within the file GESS_DVR_203C_New.zip are identical to the genuine Digivue information pages. True and correct copies of the information pages contained within the file GESS_DVR_203C_New.zip are attached hereto as Exhibit 5. True and correct copies of the genuine Digivue information pages are attached hereto as Exhibit 6. The information pages are generated from underlying source code and establish that GESS has copied Plaintiffs' copyrighted material.

36.    Similarly, the manual distributed by GESS is identical to the copyrighted Digivue Manual. A true and correct copy of the manual downloaded from the GESS Website is attached hereto as Exhibit 7. A true and correct copy of the genuine Digivue Manual is attached hereto as Exhibit 8.

37.     Moreover, after downloading the file entitled GESS_DVR_203C_New.

zip, consumers encounter graphical user interfaces, or GUI's, that are identical to the

Digivue GUI's and bear the Digivue Marks.  True and correct copies of the GUI's that

appear after downloading the file entitled GESS_DVR_203C_New.zip are attached

hereto as Exhibit 9.  True and correct copies of the genuine Digivue GUI's are attached

hereto as Exhibit 10.

38.     The GUI's also provide contact information for Elyssa, including its toll-

free helpline and website address.

39.     Elyssa has received numerous calls to its helpline from consumers who

have purchased the GESS DVR 203C and downloaded the unlicensed and unauthorized

file entitled GESS_DVR_203C_New. Zip from the GESS Website.

**COUNT I**
**(Copyright Infringement Under 17 U.S.C. § 501)**

40.     Plaintiffs reallege paragraphs 1 through 39 of the Complaint as if fully set

forth herein.

41.     Elyssa holds valid and exclusive registered copyrights to the Digivue

Driver and Digivue Manual.

42.     Elyssa has never authorized, licensed or otherwise permitted Defendants

to reproduce, display, distribute or sell copies of the Digivue Driver or Digivue Manual.

43.     Defendants have reproduced, displayed, distributed and sold the Digivue

Driver and Digivue Manual without Elyssa's authorization.

44.     The actions and conduct by Defendants as described above infringe upon

the exclusive rights of Plaintiffs granted by Section 106 of the Copyright Act, 17 U.S.C.

§ 106, to reproduce, display and distribute the registered copyrighted works to the public.

45.     Such actions and conduct by Defendants constitute copyright infringement under Section 501 of the Copyright Act, 17 U.S.C. § 501.

46.     Upon information and belief, Defendants' infringement has been deliberate, willful and wanton.

47.     Defendants have realized unjust profits, gains and advantages as a proximate result of their infringement.

48.     As a result of the copyright infringement described above, Elyssa is entitled to relief, including, but not limited to, injunctive relief, compensatory damages, punitive damages, costs and prejudgment interest.

49.     The conduct of Defendants is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs immediate and irreparable injury that cannot fully be compensated or measured in money.

50.     Plaintiffs have no adequate remedy at law.

51.     Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiff is entitled to injunctive relief prohibiting Defendants from further infringing Plaintiffs' copyrights, and ordering Defendants to destroy all copies of the Digivue Driver and the Digivue Manual.

## COUNT II

### (Unfair Competition and False Designation
### Of Origin Under 15 U.S.C. § 1114(1) and 15 U.S.C. §1125(a))

52.     Plaintiffs reallege paragraphs 1 through 51 of the Complaint as if fully set forth herein.

53.     The driver and manual displayed by GESS on the GESS Website are identical to the genuine Digivue Driver and Digivue Manual which bear the Digivue Copyrights and the Digivue Marks.

9

54.    As such, Defendants' distribution of the Digivue Driver and Digivue Manual has caused - and is likely to continue to cause - confusion to the general purchasing public.

55.    By distributing the Digivue Driver and Digivue Manual, Defendants misrepresent and falsely describe to the general public the origin and source of the merchandise and create a likelihood of confusion by ultimate purchasers as to both the source and sponsorship of such merchandise.

56.    Defendants' unlawful, unauthorized and unlicensed manufacturing, advertising, distributing, offering for sale and selling of the merchandise creates express and implied misrepresentations that the merchandise was authorized or approved by Plaintiffs, all to Defendants' profit and Plaintiffs' damage and injury.

57.    As a result of Defendants' actions described above, Elyssa is entitled to relief, including, but not limited to, injunctive relief, compensatory damages, punitive damages, costs and prejudgment interest.

58.    Plaintiffs have no adequate remedy at law.

59.    The conduct of Defendants is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs immediate and irreparable injury to their goodwill and reputation that cannot fully be compensated or measured in money.

## COUNT III
### (Unlawful Deceptive Acts and Practices Under New York General Business Law § 349)

60.    Plaintiffs reallege paragraphs 1 through 59 of the Complaint as if fully set forth herein.

61.    Defendants, without Plaintiffs' authorization or consent, and having knowledge of Plaintiffs' well-known and prior rights in the Digivue Copyrights and the Digivue Marks, have advertised, displayed, distributed, offered for sale and sold the Digivue Driver and Digivue Manual to the consuming public in direct competition with Digivue Products.

62.    Defendants' distribution of copies of the Digivue Driver and Digivue Manual is likely to cause and is causing confusion, mistake and deception among the general public as to the origin of the merchandise being distributed by Defendants, and is likely to deceive the public into believing that the merchandise being displayed and sold by Defendants originates from, is associated with or is otherwise authorized by Plaintiffs.

63.    Defendants' deceptive acts and practices involve public sales activities of a recurring nature.

64.    As a result of Defendants' actions described above, Elyssa is entitled to relief, including, but not limited to, injunctive relief, compensatory damages, punitive damages, costs and prejudgment interest.

65.    Plaintiffs have no adequate remedy at law.

66.    The conduct of Defendants is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs immediate and irreparable injury to their goodwill and reputation that cannot fully be compensated or measured in money.

### COUNT IV
### (Unfair Competition Under New York State Law)

67.    Plaintiffs reallege paragraphs 1 through 66 of the Complaint as if fully set forth herein.

68.    Plaintiffs have built up valuable goodwill in the Digivue Copyrights and the Digivue Marks.

69.    Defendants' unauthorized use of the Digivue Copyrights and the Digivue Marks has caused and is likely to continue to cause Plaintiffs damage by tarnishing the valuable reputation and image associated with Elyssa and its genuine goods.

70.    The acts of Defendants mislead and deceive the public as to the source of Defendants' goods and falsely suggest a connection with Elyssa.

71.    Defendants' foregoing conduct constitutes unfair competition under the common law of the State of New York.

72.    As a result of Defendants actions described above, Elyssa is entitled to relief, including, but not limited to, injunctive relief, compensatory damages, punitive damages, costs and prejudgment interest.

73.    Plaintiffs have no adequate remedy at law.

74.    The conduct of Defendants is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs immediate and irreparable injury to their goodwill and reputation that cannot fully be compensated or measured in money.

**WHEREFORE**, plaintiffs Elyssa Corporation, Alan B. Schilsky and Lawrence D. Schilsky demand judgment against Defendants as follows:

A.  That Defendants their officers, agents, servants, employees, representatives, successors and assigns, and all persons and entities acting for, with, by, through, or under them be permanently enjoined from directly or indirectly infringing the Digivue Copyrights or Digivue Mark in any manner, including, but not limited to,

manufacturing, advertising, displaying, distributing, offering for sale or selling the

Digivue Driver and Digivue Manual;

      B. For an award of compensatory damages as provided by law;

      C. For an award of enhanced or punitive damages as provided by law;

      D. For an award of costs, disbursements and attorneys' fees incurred in

bringing this action as provided by law; and

      E. Such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

      Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs

hereby demand a jury trial on all triable issues raised by this Complaint.


Dated: New York, New York
      March 14, 2008


      Respectfully submitted,

      EISEMAN LEVINE LEHRHAUPT
      & KAKOYIANNIS, P.C.

      By:_____

        Eric R. Levine    (EL 7677)
        Stephen L. Weinstein (SW 6261)
        Eric Aschkenasy   (EA 6236)
      805 Third Avenue
      New York, New York 10022
      212-752-1000
      Attorneys for Plaintiffs



*The United States of America*

## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Director of the United States Patent and Trademark Office*

## Requirements for Maintaining a
## Federal Trademark Registration

## SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the
registration shall be canceled for failure to file an Affidavit of Continued
Use under Section 8 of the Trademark Act, 15 U.S.C. §1058, upon the
expiration of the following time periods:

    i) At the end of 6 years following the date of registration.
    ii) At the end of each successive 10-year period following the date of
       registration.

*Failure to file a proper Section 8 Affidavit at the appropriate time will result in the
cancellation of the registration.*

## SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions
of Section 8, except that the registration shall expire for failure to file an
Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C.
§1059, at the end of each successive 10-year period following the date of
registration.

*Failure to file a proper Application for Renewal at the appropriate time will result in
the expiration of the registration.*

**No further notice or reminder of these requirements will be sent to the
Registrant by the Patent and Trademark Office. It is recommended
that the Registrant contact the Patent and Trademark Office
approximately one year before the expiration of the time periods shown
above to determine the requirements and fees for the filings required to
maintain the registration.**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 2,786,220

Registered Nov. 25, 2003

### TRADEMARK
### PRINCIPAL REGISTER

SCHILSKY, ALAN, B. (UNITED STATES INDIVI-
DUAL)
56 BYRAM RIDGE RD
ARMONK, NY 10504 AND
SCHILSKY, LAWRENCE, D (UNITED STATES IN-
DIVIDUAL)
4 STONINGTON HTS.
BRIARCLIFF MANOR, NY 10510

FOR: COMPUTER CARD WITH SOFTWARE
THAT CONVERTS AND STORES MULTIPLE SI-
MULTANEOUS VIDEO IMAGES TO A HARD

DRIVE FOR STORAGE AND MANAGEMENT OF
SURVEILLANCE VIDEO FOR SECURITY PURPO-
SES AND WHICH CAN BE REMOTELY ACCESSED
VIA INTERNET AND/OR A NETWORK, IN CLASS 9
(U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-9-2001; IN COMMERCE 8-9-2001.

SER. NO. 78-078,426, FILED 8-9-2001.

SUELLEN HICKEY, EXAMINING ATTORNEY



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

**To avoid CANCELLATION of the registration, the owner of the registration must submit a declaration of continued use or excusable non-use between the fifth and sixth years after the registration date.** *(See next page for more information.) Assuming such a declaration is properly filed, the registration will remain in force for ten (10) years, unless terminated by an order of the Commissioner for Trademarks or a federal court. (See next page for information on maintenance requirements for successive ten-year periods.)*



*Director of the United States Patent and Trademark Office*

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### Requirements in the First Ten Years*
*What and When to File:*

- First Filing: A Declaration of Continued Use (or Excusable Non-use), filed between the 5th and 6th years after the registration date. (*See* 15 U.S.C. §1058; 37 C.F.R. §2.161.)
- Second Filing: A Declaration of Continued Use (or Excusable Non-use) **and** an Application for Renewal, filed between the 9th and 10th years after the registration date (*See* 15 U.S.C. §1058 and §1059; 37 C.F.R. §2.161 and 2.183.)

### Requirements in Successive Ten-Year Periods*
*What and When to File:*

- A Declaration of Continued Use (or Excusable Non-use) **and** an Application for Renewal, filed between each 9th and 10th-year period after the date when the first ten-year period ends. (*See* 15 U.S.C. §1058 and §1059; 37 C.F.R. §2.161 and 2.183.)

### Grace Period Filings*

There is a six-month grace period for filing the documents listed above, with payment of an additional fee.

**The U.S. Patent and Trademark Office (USPTO) will <u>NOT</u> send you any future notice or reminder of these filing requirements. Therefore, you should contact the USPTO approximately one year prior to the deadlines set forth above to determine the requirements and fees for submission of the required filings.**

**NOTE:** *Electronic forms for the above documents, as well as information regarding current filing requirements and fees, are available online at the USPTO web site:*

### *www.uspto.gov*

#### YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS IDENTIFIED ABOVE DURING THE SPECIFIED TIME PERIODS.

*Exception for the Extensions of Protection under the Madrid Protocol:
The holder of an international registration with an extension of protection to the United States must file, under slightly different time periods, a Declaration of Continued Use (or Excusable Non-use) at the USPTO. *See* 15 U.S.C. §1141k; 37 C.F.R. §7.36. The renewal of an international registration, however, must be filed at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol. *See* 15 U.S.C. §1141j; 37 C.F.R. §7.41.

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,922,177

United States Patent and Trademark Office     Registered Feb. 1, 2005

TRADEMARK
PRINCIPAL REGISTER

# X-VIEW

LAWRENCE D. SCHILSKY AND ALAN SCHILS-
KY PARTNERSHIP, THE (PARTNERSHIP)
56 BYRAM RIDGE ROAD
ARMONK, NY 10504

FOR: INTEGRATED CIRCUITS FOR DIGITAL
VIDEO RECORDING, VIDEO CAPTURE AND CON-
FERENCING DVR BOARDS; DVR BOARDS AND
SYSTEMS COMPRISING DIGITAL VIDEO PERSO-
NAL COMPUTERS, IN CLASS 9 (U.S. CLS. 21, 23, 26,
36 AND 38).

FIRST USE 7-20-2003; IN COMMERCE 7-20-2003.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 76-547,240, FILED 9-11-2003.

MICHELE SWAIN, EXAMINING ATTORNEY

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TXu 1-571-517**

**Effective date of registration:**

February 13, 2008

## Title

**Title of Work:** Elyssa Corp Driver

**Previous or Alternative Title:** DigiVue Driver

## Completion/Publication

**Year of Completion:** 2002

## Author

■ **Author:** Elyssa Corp.

**Author Created:** driver for use with digital recording cards and software in personal computers

## Copyright claimant

**Copyright Claimant:** Elyssa Corp.

4 Stonington Heights, Briarcliff Manor, New York, 10510

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Lawrence D. Schilsky

**Date:** February 11, 2008

**Copyright Office notes:** Regarding deposit: Work deposited contains source code.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## TX 6-827-011

**Effective date of
registration:**

February 13, 2008

---

**Title** ────────────

Title of Work: DigiVue Help Manual

**Completion/Publication** ────────────

Year of Completion: 2004

Date of 1st Publication: January 1, 2004          Nation of 1st Publication: United States

**Author** ────────────

Author: Elyssa Corp

Author Created: Help manual for use with digital recording cards and software in personal computers

**Copyright claimant** ────────────

Copyright Claimant: Elyssa Corp

4 Stonington Heights, Briarcliff Manor, New York, 10510

**Limitation of copyright claim** ────────────

Previously registered: No

**Certification** ────────────

Name: Lawrence D. Schilsky

Date: February 11, 2008

---

Correspondence: Yes







```
sydvr.inf - Notepad

File  Edit  Format  View  Help

; Defining WinDriver6 Service
-------------------------------
[Install.NT.Services]
AddService=WinDriver6, 0x00000002, Service_Info

[Service_Info]
ServiceType    = 1                    ; SERVICE_KERNEL_DRIVER
StartType      = 3                    ; SERVICE_DEMAND_START
ErrorControl   = 1                    ; SERVICE_ERROR_NORMAL
ServiceBinary  = %10%\System32\Drivers\windrvr6.sys

; Source File Information
-------------------------------
[SourceDisksFiles]
windrvr6.sys=1  ; This indicates that the windrvr6.sys file is located on
    ; disk number 1 of "Photec Installation disks" set.

[SourceDisksNames]
1="Photec Installation Disk",,  ; This indicates that disk number 1
    ; has the label "Photec Installation Disk". The installer will
    ; search for windrvr6.sys in this disk.

[DestinationDirs]
DefaultDestDir=10, System32\Drivers  ; The location to which the windrvr6.sys
    ; file will be copied (10 translates to the correct Windows directory
    ; on the target machine).

;-----------------------------------------------------------------;

[Strings]
Run="Elyssa LTD."
Mfg="ElyssaCorp"
```



```
sydvr.inf - Notepad                                                  — □ ×
File  Edit  Format  View  Help

; We use a Jungo class, you may modify here and use a different class:
Class=Media
ClassGuid={4d36e96c-e325-11ce-bfc1-08002be10318}

; Driver Information
; -------------------
[Manufacturer]
; You may modify the manufacturer name by changing the Mfg variable in the [Strings]
; section in this INF file.
%Mfg%=DeviceList

[DeviceList]
; The Vendor ID is 1131, and the Device ID is 7130
; The next line includes the device name that is specified in the Device Manager
; and the hardware ID used as the registry key.
; You may modify the device name and the hardware ID.
"Digivue_Driver_rev2_A"=Install, PCI\VEN_1131&DEV_7134&SUBSYS_00001131&REV_01
"Digivue_Driver_rev2_V"=Install, PCI\VEN_1131&DEV_7130&SUBSYS_00001131&REV_01
"Digivue_Driver_rev3_A"=Install, PCI\VEN_1797&DEV_6801
"Digivue_Driver_rev3_V"=Install, PCI\VEN_1797&DEV_6802

; Installation Section
; --------------------
[Install]  ; Installation script for windows 98/ME
CopyFiles=FilesToCopy
AddReg=UpDateRegistry
Log_Config=Base1

[Base1]
IRQConfig=3,4,5,7,9,10,11,14,15

[Install.NT]  ; Installation script for windows 2000/XP/Server 2003
CopyFiles=FilesToCopy
AddReg=UpDateRegistry
```



```
; Generated by DriverWizard v6.02 - http://www.jungo.com.
; Installation file (.inf) for "XI-2003 Video Capture Card" device
; Copyright (c) 2003 Digivue
;

[Version]
Signature="$CHICAGO$"  ; Represents all Windows OSs
Class=Media
ClassGuid={4d36e96c-e325-11ce-bfc1-08002be10318}
Provider=%Jun%
DriverVer=10/07/2003, 6.0.2

; Driver information
;-------------------------
[Manufacturer]
%Mfg%=DeviceList

[DeviceList]
; The Vendor ID is 1797, and the Device ID is 6800
"Digivue Video Capture Card 11-04"=Install.NT, PCI\VEN_1797&DEV_6800

; Installation section
;-------------------------
[Install]  ; Installation script for Windows 98/Me
CopyFiles=FilesToCopy
AddReg=UpdateRegistry
Log_Config=Base1

[Base1]
IRQConfig=3,4,5,7,9,10,11,14,15

[Install.NT]  ; Installation script for Windows 2000/XP
CopyFiles=FilesToCopy
AddReg=UpdateRegistry
```



```
[Manufacturer]
%Mfg%=DeviceList

[DeviceList]
; The vendor ID is 1797, and the device ID is 6800
"Digivue Video Capture Card 11-04"=Install.NT, PCI\VEN_1797&DEV_6800

; Installation section
; -----------------
[Install]  ; Installation script for windows 98/Me
CopyFiles=FilesToCopy
AddReg=UpdateRegistry
Log_Config=Base1

[Base1]
IRQConfig=3,4,5,7,9,10,11,14,15

[Install.NT]  ; Installation script for Windows 2000/XP
CopyFiles=FilesToCopy
AddReg=UpdateRegistry

[FilesToCopy]
; To copy windrvr6.sys upon installation remove the ';' from the start of the following line
windrvr6.sys ,,,0x40  ; 0x40 == COPYFLG_OVERWRITE_OLDER_ONLY

[UpdateRegistry]
HKR,,DevLoader,,*ntkern
HKR,,NTMPDriver,, windrvr6.sys

[ControlFlags]
ExcludeFromSelect = *  ; Remove all devices listed in this INF file
    ; from the display shown to the end user (a PNP device shouldn't
    ; be manually loaded).

[PreCopySection]
```

```
; Defining WinDriver6 Service
; ----------------------------
[Install.NT.Services]
AddService=WinDriver6, 0x00000002, Service_Info

[Service_Info]
ServiceType    = 1                    ; SERVICE_KERNEL_DRIVER
StartType      = 3                    ; SERVICE_DEMAND_START
ErrorControl   = 1                    ; SERVICE_ERROR_NORMAL
ServiceBinary  = %10%\System32\Drivers\windrvr6.sys

; Source file information
; -----------------------
[SourceDisksFiles]
windrvr6.sys=1  ; This indicates that the windrvr6.sys file is located on
     ; disk number 1 of "Digivue Installation disks" set.

[SourceDisksNames]
1="Digivue Installation Disk",,  ; This indicates that disk number 1
     ; has the label "Digivue Installation Disk". The installer will
     ; search for windrvr6.sys in this disk.

[DestinationDirs]
DefaultDestDir=10, System32\Drivers  ; The location to which the windrvr6.sys
     ; file will be copied (10 translates to the correct Windows directory
     ; on the target machine).


;-------------------------------------------------------------;

[Strings]
Run="Jungo LTD."
Mfg="Digivue"
```









WinZip

File  Commands  Tools  Favorites  Options  Help

Add    Extract To    Test    View    Delete    Wizard    Find    Info    VirusScan    Comment    SFX

xv816.zip\xv816\Driver - ZIP archive, unpacked size 35,393,826 bytes

| Name | Size | Packed | Type | Modified | CRC32 |
|------|------|--------|------|----------|-------|
| .. | | | Folder | | |
| sxvdrv.inf | 3,879 | 1,721 | Setup Information | 10/24/2006 6:2... | 9BAB361C |
| windrvr6.sys | 329,072 | 153,562 | System file | 2/23/2006 3:46... | 0DC37D3E |

sxvdrv.inf

File  Edit  Format  View  Help

```
; Installation file (.inf) for "Saa713x Video Capture Device" device
; Copyright (c) 2005 Elyssacorp

; You can create a customized version of this file
; by modifying the specified sections.

; Refer to windows DDK documentation for more information on INF files

; version Information
; ------------------
[version]
Signature="$CHICAGO$"   ; Represents all windows OSs
Provider=%Jun%
; You may modify the driver version:
Driverver=12/15/2005, 7.0.1

; select an appropriate class for the device.
; There are several options:
```



```
; Defining winDriver6 service

[Install.NT.services]
Addservice=winDriver6, 0x00000002, service_info

[service_info]
serviceType      = 1                ; SERVICE_KERNEL_DRIVER
startType        = 3                ; SERVICE_DEMAND_START
ErrorControl     = 1                ; SERVICE_ERROR_NORMAL
serviceBinary    = %10%\system32\Drivers\winDrvr6.sys

; Source File Information

[SourceDisksFiles]
windrvr6.sys=1 ; This indicates that the windrvr6.sys file is located on
; disk number 1 of "Photec installation disks" set.

[SourceDisksNames]
1="Photec installation Disk",, ; This indicates that disk number 1
; has the label "Photec installation Disk". The installer will
; search for windrvr6.sys in this disk.

[DestinationDirs]
DefaultDestDir=10, system32\Drivers  ; The location to which the windrvr6.sys
; file will be copied (10 translates to the correct windows directory
; on the target machine).

;------------------------------------------------------------------------;

[strings]
fun="Elyssa LTD."
Mfg="ElyssaCorp"
```



WinZip toolbar: Add | Extract To | Test | View | Delete | Wizard | Find | Comment | Info | VirusScan | SFX

xv816.zip\xv816\Driver - ZIP archive, unpacked size 35,393,796 bytes

CRC32   37CDBC   C37D3E

sxdrv.inf - Notepad

File  Edit  Format  View  Help

```
; section in this INF file.
%Mfg%=DeviceList

[DeviceList]
; The vendor ID is 1131, and the Device ID is 7130
; The next line includes the device name that is specified in the Device Manager
; and the hardware to used as the registry key.
; You may modify the device name and the hardware ID.
"Digivue_Driver_rev2_A"=Install,    PCI\VEN_1131&DEV_7134&SUBSYS_00001131&REV_01
"Digivue_Driver_rev2_V"=Install,    PCI\VEN_1131&DEV_7130&SUBSYS_00001131&REV_01
"Digivue_Driver_rev3_A"=Install,    PCI\VEN_17978DEV_6801
"Digivue_Driver_rev3_V"=Install,    PCI\VEN_17978DEV_6802

; Installation Section
;-------------------
[Install]  ; Installation script for windows 98/Me
CopyFiles=FilesToCopy
AddReg=UpdateRegistry
Log_Config=Base1

[Base1]
IRQConfig=3,4,5,7,9,10,11,14,15

[Install.NT]  ; Installation script for windows 2000/XP/Server 2003
CopyFiles=FilesToCopy
AddReg=UpdateRegistry

[FilesToCopy]
; To copy windrvr6.sys upon installation remove the ';' from the start of the following line
; windrvr6.sys ,,,0x40 ; 0x40 == COPYFLG_OVERWRITE_OLDER_ONLY
```





```
[Manufacturer]
%Mfg%=DeviceList

[DeviceList]
;The vendor ID is 1797, and the Device ID is 6800
Digivue video capture card 11-04"=Install.NT, PCI\VEN_1797&DEV_6800

; Installation section
;-------------------------------
[Install] ; Installation script for windows 98/Me
CopyFiles=FilesToCopy
AddReg=UpdateRegistry
Log_Config=Base1

[Base1]
IRQConfig=3,4,5,7,9,10,11,14,15

[Install.NT] ; Installation script for windows 2000/XP
CopyFiles=FilesToCopy
AddReg=UpdateRegistry

[FilesToCopy]
; To copy windrvr6.sys upon installation remove the ';' from the start of the following line
windrvr6.sys ,,,0x40 ; 0x40 == COPYFLG_OVERWRITE_OLDER_ONLY

[UpdateRegistry]
HKR,,DevLoader,"*ntkern
HKR,,NTMPDriver,, windrvr6.sys

[ControlFlags]
```





WinRAR (Evaluation Copy)

File  Commands  Tools  Favorites  Options  Help

Add | Extract To | Test | View | Delete | Find | Wizard | Info | VirusScan | Comment | SFX

xv816.zip\xv816 - ZIP archive, unpacked size 35,393,826 bytes

| Name | Size | Packed | Type | Modified | CRC32 |
|------|------|--------|------|----------|-------|
| .. | | | Folder | | |
| DATA | | | Folder | 3/13/2008 1:04... | |
| Driver | | | Folder | 3/13/2008 1:04... | |
| xviewplus | | | Folder | 3/13/2008 1:04... | |
| 816.chm | 2,093,895 | 2,087,594 | Compiled HTML Help... | 1/3/2007 3:17 PM | D51D4D21 |
| autorun.apm | 4,200 | 4,200 | File apm | 1/2/2007 11:56... | B912C08F |
| autorun.exe | 1,089,536 | 989,232 | Application | 12/10/2002 7:0... | F9E885D7 |
| AUTORUN.INF | 29 | 29 | Setup Information | 1/2/2007 11:56... | E9556206 |
| Elyssa Catalog 2005 with Supplement - Winter 2006.pdf | 4,226,690 | 3,321,672 | Adobe Acrobat Doc... | 11/9/2006 1:01... | 062F2E24 |

 Total 3 folders and 7,414,350 bytes in 5 files





## Copyright

Top Next

**Copyright Notice**
**Copyright 2004 ELYSSA CORP.**
**All Rights Reserved.**

**Trademarks**
**Xview and Digivue are trademarks of Elyssa Corp.**
**All other products names mentioned in this document are for**
**Identification purposes only and remains the sole property**
**of their respective owners.**

## Introduction

Previous Top Next

**Welcome and thank you for choosing The XV816 Digital Surveillance System .**

**The perfect security solution for home, office and or other locations. You can monitor and record live camera video locally, and also view and record the cameras remotely. With the Motion Detection, intruders or any suspicious events will be recorded in digital video.**

**Features:**

**--Enhanced MPEG-4 Compression Technologies**
**--Supports up to 32 Channel Cameras per PC**
**--Video & E-Map Display Model**
**--Camera Mask**
**--Hiding Cameras**
**--Smart Recording Video Search Playback**
**--Advanced Motion Detection with 24/7 scheduling**
**--Networking**
**Supports Multi-Levels Control**
**Remote view and control PTZ through LAN,Internet**
**Single channel conferencing via LAN**
**--Audio Recording**
**--Watermark**
**--Pre and Post record**
**--Time and Date stamp**
**--Night and day color and illumination schedule**

## System Requirements

Previous Top Next

Intel Pentium IV 1.8 Ghz CPU or above. (2.4 recommended for more than 8 cameras)
256M system RAM Or above. (512 recommended for more than 8 cameras)
Seperate AGP or PCI Express video Card 32 meg or better. NVidia or ATI chip is recommended.
Microsoft Windows 2000 or Windows XP Pro or Home
Partition or separate recording drive of at least 40 GB.

## Chapter 3

Previous  Top  Next

## Hardware Installation

Previous  Top  Next

Before installing any DigiVue cards, please be sure DigiVue CD is in your CD Rom drive

Step 1: With your computer off, please install DigiVue card(s) in vacant PCI slot(s)

Step 2: Power on computer
Windows will recoginize new hardware as shown in image 1, followed by the "New Hardware Wizard", shown in image 2



**IMAGE 1**



**IMAGE 2**

Step 3: Click "Next", as shown in image 2



**IMAGE 3**

Step 4: Windows will find the device driver multiple times on the CD. Highlight the top one and click "Next", as shown in image 3



**IMAGE 4**
Step 5: Click "Continue Anyway", as shown in image 4.

*NOTE: You will need to repeat step 5 once for each EDV-XV425 that you are installing, and 4 times for each EDV-XV816



**IMAGE 5**

Step 6: Click "Finish", as shown in image 5

*TIP: If Windows does not recognize one or more of your DigiVue capture cards, please do the following:*

**1. Clean the contacts of the video capture board with a clean pencil eraser to remove any residue.**
**2. If you are still having trouble, try another PCI slot.**

## Software Installation

Previous Top Next

Remove the CD from your CD Rom drive and insert again to begin the autoplay menu. You will see the Welcome Screen as shown in image 1



**IMAGE 1**

Step 1: Choose your model and click the appropriate button

Step 2: Click "Server", as shown in Image 2



**IMAGE 2**

Step 3: Click "Next", as shown in image 3



**IMAGE 3**

Step 4: Click "Next", as shown in image 4



**IMAGE 4**

Step 5: Click "Finish", as shown in image 5



**IMAGE 5**

**If you have had a previous version of DigiVue on your computer, you may get a dos prompt halting the installation of the server. Simply click the x on the top right corner of this window, and the installation will complete.**

## Chapter 4

Previous  Top  Next

**Legend**

Previous  Top  Next



01. Camera Title
02. Software Version
03. Time and Date Stamp
04. Power Button (closes the DVR System)
05. Camera Status Buttons
06. Next Screen (shows status of cameras 17 thru 32)
07. Shows current user and drive space used
08. Login button (User and password are both "dvr" by default. You may change this in "setup")
09. Snapshot button.
10. Stop button
11. Print frame button
12. Playback button
13. Record button
14. Minimize utton
15. PTZ controls
16. Help button
17. Map recall
18. Fullscreen (hides GUI)
19 Next Camera (switcher)
20. Screen configuration
21. Brightness, contrast and color controls.
22. Setup button
23. Net button (shows current IP address and what users are remotely connected)

Clicking the [button] button will lock the screen. If you lock the screen, all other buttons will not function until the screen is unlocked. The default unlock password is "1234". You may change this in system setup.

## Setup General

Previous  Top  Next



**IMAGE 1**

Clicking the button showed in image 1, will open the Setup Options.

**General Tab**



**IMAGE 2**

**Send Alarm to IP Address.**
This feature will be explained and used in a future version.

**Disk Manager**
Choose which drive to record to and how much of the drive to use (see image 3)



**IMAGE 3**

The DigiVue software will recognize all valid partitions on your computer. You can select which drive(s) to record to by putting a check in the "use" box. You may also leave part of the selected drive(s) unused by using the "reserve space" option on each drive. DigiVue will reserve 2 Gigabytes of space by default.

**Record Schedule (Choose from manual, motion detected, or scheduled recording times)**

Setting up a very detailed recording schedule is an easy task with our software. The week is broken down into half hour periods. The color of the box represents what a camera or all cameras are set to do. Highlight individual boxes, based on time and day of week. Then choose either green, red, or yellow button to determine what you want to do for the specified time. (The purple I/O button is for future use)

Once you choose a function button, the boxes representing that time will change color to show what will occur during that time. You may setup each camera individually, or to setup schedule globally, click the "All Cameras" button



## IMAGE 4

Image 4 shows an example of a record schedule. In this example, we are not recording on Saturday or Sunday. On Monday thru Friday, from we are recording contionous during the hours of 8AM thru 6PM. From 6PM thru 8AM we are recording based on motion.

### Auto Flip
When in full screen mode you can sequence through the cameras and how many seconds on each.

### Auto Log Off
Checking this box will cause the current user will be logged of after 5 minutes of inactivity

### Caption Color
Choose color scheme for text within each camera pane

### E-Map
Putting a check in this box will cause the map to pop up when an I/O alarm is triggered.

### Set Card
Set number of cameras, video mode, and resolution for each XV425 card

**Camera**

Previous Top Next



**IMAGE 1**

**All Def:**
Creates default motion zones within every picture. You may draw up to 16 different motion zones within each picture, with different sensitivity levels for each one. Motion occuring within a zone will NOT trip the motion. Motion must cross a zone.

**Delay Time:**
Setting the delay time sets the recording time for a motion recording duration after Motion Detection or I/O Alarm trigger stops, the default time is 1 minute; If motion continues, the recording continues.

**Auto Video Out Interval:**
The yellow RCA jack on your card is a video output that is activated when you purchase the EC-ICVO-1. This is a sperate chip that will allow a spot monitor off the card. The changeable field indicates how long you want a camera to show before switching.

**Caption:**
Defines the camera's title;

**Attach PTZ ID:**
Choose corresponding PTZ decoder ID;

**Audio:**
Putting check in this box will record 2 channels audio which is input to audio card (left & right channel) corresponding to camera number 1 and number 2 ; Not all audio cards have 2 channel inputs right and left. You only will get one channel of

audio with these cards.

**Prerecord:**
This box is for motion detected recording only. If you do check this box, the DigiVue keeps a buffer of video in memory and will save this buffer when motion is detected. Its like having the recording start a few seconds before the motion is detected

**Frame Flash:**
Check this box only if you want the motion zones to blink when they are triggered.

**OSD:**
When checked, puts time and date stamp on video

## Local User

Previous  Top  Next



**IMAGE 1**

**Administrator:**
This is a default username and password which should be changed and saved somewhere in the event that you get locked out of the software.
Default User Name: "admin"
Default Password "1234"

**User Rights:**
Select a user , you can modify the user rights by removing the check from corresponding box

**Deselect to Hide Camera:**
If you deselect the users camera number, the corresponding video will not show on split screen, but the camera schedule & status will not change. When this user is logged in , he/she can't view the hidden camera's recording or playback

**Scr lock PSW:**
Set screen unlock password. Default password is: 1234

**Example of setup of user rights**



**IMAGE 2**



**IMAGE 3**

In this example, we see that in image 2, the Boss has rights to everything.

In image 3, the manager has only playback and print rights. He/she cannot get into setup or exit. He/she cannot control the color or PTZ, or force record, or minimize the software. Note that we have removed the check mark from camera 4 as well. The manager does not have the right to see camera 4, as it is the camera watching him/her.

## Client User

Previous  Top  Next



**IMAGE 1**

**User Rights:**
If you select Playback, the Client-User can view Server's camera recording files remotely
If you select PTZ, the Client-User can control Server's camera PTZ remotely;

**Camera:**
If you select the camera number, the Client-User can view this camera remotely;

**Client priority:**
This applies to multiple users trying to move a PTZ camera remotely.1 has highest priority, 7 has lowest.

**Port Set:**
Some customers would like to control which ports the DigiVue software uses to communicate remotely. Click the "port set" button, as shown in image 2 below, and change port numbers as needed.



**IMAGE 2**
**PTZ Decoder**

Previous  Top  Next



**IMAGE 1**

**COM Port:**
Choose the communication port that your RS232 to RS485 adapter will be using, RS485 adapter connects to your PTZ decoder.

**PTZ Decoder:**
Choose the model or brand of your decoder from the drop down menu. If your model is not listed,please send the decoder protocols to us and we can possibly add it for you.

**Baud:**
Select from here, the baud rate your PTZ uses.

## Alarm Setting

Previous  Top  Next

*This can only be utilized with a third party I/O card.*



Select the camera and the corresponding input that will trigger the camera to record.
**Speed Dome Control Panel**                                       Previous  Top  Next

Click button to open Speed Dome control panel as shown below.

In the "Protocol" field, please choose the speed dome model from the drop down menu.
In the "Com" field, please choose the communication port that your RS232 to RS485 adapter will be using. RS485 adapter connects to your speed dome.
In the "Addr ID" field, please choose the speed dome ID from the drop down menu or just click the split screens to get corresponding ID.
In the "Speed" field please choose the running speed of your Speed Dome, High, Middle, Low;

**Click Preset to set preset**

Click "Preset Choose" to choose preset number.
Click "Preset Name" to define preset name.
Control PTZ to move the camera to the your desired place.
Click "Save" to save the preset.
Click "Clear" to clear the preset.
Click "Close" to exit Preset.

You can have up to 64 presets.

The Preset will show on the panel in green.

Click the preset name, and the Speed Dome will move to the set place
Click "Sequence Set" to set sequence.

The message "The last Sequence Set will be Clear,Are you sure?", will appear.
Click "OK" to clear all the last sequences set and set a new sequence set;



Click "Preset" to choose the preset number

Click "Delay" to set the delay time

Click "Add" to add the chosen preset to the sequence.

Click "Sequence Run" to run the sequence.

Click "Sequence Stop" to stop the sequence.

**Sequence**

Choose Sequence:

| Set | Exit |

PositionName 1:Memo1-->Time:5s
PositionName 2:Memo2-->Time:5s

Set sequence Position

Preset: 2     Delay: 5   s

| ALL | OK |

**E-Map Mode**

Previous Top Next

**IMAGE 1**

Click the "E-Map" button on the general page of setup as seen in image 1. There is a default map there which you can change by clicking the "Import Map" button.(as seen in image 2) The imported image must be either a jpeg or bmp



**IMAGE 1**

Select a camera at Caption if you want the camera to show on the map,just put check in the "Use" box.(as seen in image 1)



Press the left button of mouse to drag the camera Caption on map to your desired place

Click the MAP button to switch to show E-Map, the MAP icon becomes highlighted. Click again to restore split-screen live video mode.

If Motion is detected or I/O Alarm triggers, the corresponding camera caption color will become red & blink! The blinking time is the same as the alarm delay time in setup

## Camera Color Status                                    Previous  Top  Next



**IMAGE 1**
Green means the camera is at monitor status;
Red means the camera is at recording status;
Yellow means the camera is at motion detect status;
Purple means the camera is at I/O alarm status;
When a yellow button turns solid red, it means the camera is at motion detected status and recording;
Red & Purple blinking means the camera is at I/O alarm status and recording;

## Auto Flip                                              Previous  Top  Next



**IMAGE 1**

**Auto-Flip**

When in "full screen" mode, you can have the cameras sequence one by one for an amount of time determined by what you fill in the "Auto Flip Interval" box in setup.

It defaults to 0 seconds, and will not auto-flip unless you change that integer.

**Motion Detection**                                                   Previous  Top  Next



**IMAGE 1**

**IMAGE 2**



**IMAGE 3**

Clicking the "All Def" button will create and enable 4 default zones within each picture(recommended, see image 1)

You may use the 4 default zones, or you may clear them and draw zones of your own. To make specific or custom zones, click the "clear" button as shown in image 2.

To draw your own zones, follow the steps below:

Choose camera number, as shown in step 1 of image 3
Choose a zone, as shown in step 2 of image 3
Click and draw the custom zone, as shown in step 3 of image 3

**NOTES:**

**Motion occuring within a zone will NOT trip the motion. Motion must cross a zone.**

**As you enable zones, be sure to set the sensitivity for each zone to meet your specific needs.**
**(The sensitivity rate is from 1 to 100, 1 is most sensitive)**

## Chapter 5

Previous  Top  Next

## Playback

Previous  Top  Next



1. Play

2. Stop
3. Step back
4. Step Forward
5. Play Slow
6. Play Fast
7. Sound
8. Choose time for play
9. Choose playback size
10. Watermark On/Off
11. Channel/Camera
12. Choose Date
13. Edit Image
14. View BMP/Open a saved image
15. Event Log/ List of all events, including motion/user login/remote login
16. Take snapshot
17. Play a saved video

## Chapter 6
Previous  Top  Next

## Remote Viewing
Previous  Top  Next

**There are two ways to view your cameras remotely. Internet Explorer or Client software. With Explorer, you'll be able to monitor your cameras live, and control PTZ. With Client software, you can monitor live, review, record remotely, and connect to multiple host machines at the same time. The Explorer is primarily for when you are on a computer that does not have client installed, or has an older OS such as Windows 98, on which the Client is not supported.**

*If your host computer is on a network(router), you must either DMZ the machine, or forward ports:*

*6699*
*2000*
*1981*
*6569*
*34000*
*2200 for camera 1, 2201 for camera 2 and so on.*

***We do not support third party routers. However, most router maufacturers have an 800 support line for such things. Setting a DMZ or setting Port Forwarding usually only takes a minute. We can not walk you through this. Please contact the router manufactuer***

****Some ISPs are now building routers into their modems. If you are getting an IP Address that begings with 192, and you do not have a router, please call your ISP and have them help you with the Port Forwarding or DMZ****

## Remote viewing with Internet Explorer
Previous  Top  Next

When Logging On With IE the First Time, Click Here To Install Support Files.

Also Please Enable All Active X Controls In the Tools / Internet Options Security / Custom Level

**IMAGE 1**



**IMAGE 2**

To watch your cameras with IE, first you must find your IP address. Within a network you will use the 192 or local number. From outside the network, you must use the "real world" IP. The easiest way to find out your real world IP address is to go to {linkN www.myipaddress.com} . When you find out the IP address of the host machine, you may now go to a remote machine and Open IE. Type the prefix http:// followed by the IP address and add the suffix :6699 You will reach the login screen shown in image 1

The first time you use this on a remote machine, you will need to install support files that will allow the viewing. Click the red "Click here" link and install the files. You will need to restart the computer. After restart, open IE again and login to IP address. (Be sure that you have enabled all Active X controls in Explorer/tools/internet options/security/Custom Level) This time fill in the Username and Password as DVR and click Login. You should now see a multi-plexed page which can support viewing up to 16 cameras.(Shown in image 2) Turn the cameras on individually with the numbers at the bottom of the page.

## Remote viewing with Client Software

Previous Top Next

**Remote viewing with Client Software**

Previous Top Next

Install and launch Client Software from the CD, or download from www.digivue.com. You will be prompted to login. The default is "dvr" for both fields.



**IMAGE 1**

Double-click the client icon on the desktop as shown in image 1



**IMAGE 2**

Do not make any changes to the User Name and Password fields at this time. Click "OK" as shown in image 2



**IMAGE 3**

Click the button shown in image 3 to enter setup.



**IMAGE 4**

In the "new host" box, shown in the top left corner of image 4, input the ip address that you wish to connect to. Then click "add ip"



**IMAGE 5**

Make any changes now to user name and password to match the remote users setup in the host machine. Click "save" as shown in image 5. You will be prompted to close and re-open the software to make change take effect. Please do so.



**IMAGE 6**

When the DigiVue Client software is re-opened, please go directly to the button shown in image 6



## IMAGE 7

When you click the login button, your IP address will appear as shown in image 7. Please click on the IP address to login.



## IMAGE 8

When the login ststus window reads "Login", please click the camera button as shown in image 8



## IMAGE 9

Turn your cameras on one by one until they are all on.



## IMAGE 10

At this point you can click the "save" arrow as shown in image 10



## IMAGE 11

When you click the "recall status" button shown in image 11, the Client software will connect to any and all IP address saved and open any and all cameras.

To playback files from the host

Click button to playback the recording of remote Server;



Host: choose the remote Server IP;
Date: select the date;
Channel: choose the camera number;
Click "Search" button to find, if getting, the files name will show at "File List"
Choose the file , then click "Replay" button to play

**Chapter 7**                                                    ····   <u>Previous</u> <u>Top</u> <u>Next</u>

**Chapter 7**
<u>Previous</u> <u>Top</u> <u>Next</u>


**F.A.Q.s**                                                             <u>Previous</u>  <u>Top</u>


1. When I try to open the DigiVue software, I get a runtime error message.

*Are you using a supported platform?*
Windows 2000 Professional, XP Professional, or XP Home are the only supported versions of Windows.
\*\*\* 2000 Advanced Server as well as 2003 Server are NOT SUPPORTED

**Does** *your computer meet the requirements?*
Pentium 4, 1.8 is the minimum processor that we will support.
A seperate AGP or PCI Express card of 32 meg or better is required. No Intergrated video will be supported.

*Is the DigiVue device driver installed?*
Please be sure you have one digivue video capture card driver listed under Sound, Video, and Game Controllers section of Device Manager. If you do not, then put the CD in and click "Install Driver" from autorun menu.


2. My software opens, but I see DigiVue splash instead of my cameras.

*Is your computer up to specification with the minimum requirements located in chapter 2 of this help file?*
The video graphics controller on your PC is most important when experiencing FAQ #2. I

f you can see your camera in the camera tab of setup, but you see the DigiVue spash in the camera frames, this could only mean one of two things:

A: Your graphics card is not meeting the requirements
B: You need to get the latest driver for the graphics card from the manufactuers website.

If you can not see your camera in the camera tab of setup, then please follow these few simple few steps

A: Locate a clean pencil eraser, and clean the gold contacts on the card. When you are finished they should be a shiny gold color. Remove any of the residue from the eraser.
B: Return the card to the computer. Try the same slot. If the results are the same, then try the slot above or below.
C: If you have followed these steps and still are experiencing trouble, please call us toll free at 1-800-441-9122, or email us for technical support.

3. I am unable to see my cameras through the remote client or Explorer client.

*The most common reason for this is either a router which was not set up, or the Windows Firewall is on.*
Please turn off all firewalls and configure your router to port forward, or DMZ. (See Chapter 6)


4. When I click the "Install Driver" button I get an error message. "Find File Failed"
Is the DigiVue card in the computer? That message is generated when the computer does not see the DigiVue card.

5. I can only see four of my sixteen cameras.

*The DigiVue software defaults to showing one camera per video processing chip for the purpose of maximizing framerate. There are four 60 frame chips per card. Simply change the "set # of cams" dropdown menu in setup. Split the number of cameras evenly per chip. This is located in the bottom right quadrant of the general tab in setup.*

6. My camera one is covering the entire screen. I cant even see the software controls.

**This is a graphics setting. Please check that you are on 1024x768 screen resolution.**

Right-click on an empty area of your desktop, and click "Properties"
Click on the "Settings" tab
Check that you are on 1024x768

If you are on 1024x768, please click the "Advanced" button.
Check that your DPI setting is at 96

If you are still having problems, please contact us for RA instructions.

7. After some time my cameras disappear and are replaced by the "DigiVue" splash.

Turn off your screensaver. You may use the "monitor off" option instead. A screensaver will erase your live video.

## Please note:

*Even if the screensave has erased your live video, It is still recording and can be reached remotely. All you lose is the live video.*





Main Window Title

Hide  Back  Forward  Home  Print  Options

Contents | Search | Favorites

- Chapter 1
  - Introduction
- Chapter 2
- Chapter 3
- Chapter 4
- Chapter 5
- Chapter 6
- Chapter 7

## Copyright

Top  Next

Copyright Notice
Copyright 2004 ELYSSA CORP.
All Rights Reserved.

Trademarks
Xview and Digivue are trademarks of Elyssa Corp. All other products names mentioned in this document are for Identification purposes only and remains the sole property of their respective owners.

## Copyright

Top Next

**Copyright Notice**
**Copyright 2004 ELYSSA CORP.**
**All Rights Reserved.**

**Trademarks**
**Xview and Digivue are trademarks of Elyssa Corp.**
**All other products names mentioned in this document are for**
**Identification purposes only and remains the sole property**
**of their respective owners.**

## Introduction

Previous Top Next

**Welcome and thank you for choosing The XV816 Digital Surveillance System .**

**The perfect security solution for home, office and or other locations. You can monitor and record live camera video locally, and also view and record the cameras remotely. With the Motion Detection, intruders or any suspicious events will be recorded in digital video.**

**Features:**

**--Enhanced MPEG-4 Compression Technologies**
**--Supports up to 32 Channel Cameras per PC**
**--Video & E-Map Display Model**
**--Camera Mask**
**--Hiding Cameras**
**--Smart Recording Video Search Playback**
**--Advanced Motion Detection with 24/7 scheduling**
**--Networking**
**Supports Multi-Levels Control**
**Remote view and control PTZ through LAN,Internet**
**Single channel conferencing via LAN**
**--Audio Recording**
**--Watermark**
**--Pre and Post record**
**--Time and Date stamp**
**--Night and day color and illumination schedule**

## System Requirements

Previous Top Next

**Intel Pentium IV 1.8 Ghz CPU or above. (2.4 recommended for more than 8 cameras)**
**256M system RAM Or above. (512 recommended for more than 8 cameras)**
**Seperate AGP or PCI Express video Card 32 meg or better. NVidia or ATI chip is recommended.**
**Microsoft Windows 2000 or Windows XP Pro or Home**
**Partition or separate recording drive of at least 40 GB.**

**Chapter 3**                                                              Previous  Top  Next

**Hardware Installation**                                                  Previous  Top  Next

Before installing any DigiVue cards, please be sure DigiVue CD is in your CD Rom drive

Step 1: With your computer off, please install DigiVue card(s) in vacant PCI slot(s)

Step 2: Power on computer
Windows will recoginize new hardware as shown in image 1, followed by the "New Hardware Wizard", shown in image 2



**IMAGE 1**



**IMAGE 2**

Step 3: Click "Next", as shown in image 2



**IMAGE 3**

Step 4: Windows will find the device driver multiple times on the CD. Highlight the top one and click "Next", as shown in image 3



**IMAGE 4**

Step 5: Click "Continue Anyway", as shown in image 4.

*NOTE: You will need to repeat step 5 once for each EDV-XV425 that you are installing, and 4 times for each EDV-XV816



**IMAGE 5**

Step 6: Click "Finish", as shown in image 5

*TIP: If Windows does not recognize one or more of your DigiVue capture cards, please do the following:*

**1. Clean the contacts of the video capture board with a clean pencil eraser to remove any residue.**
**2. If you are still having trouble, try another PCI slot.**

**Software Installation**                                                    Previous  Top  Next

Remove the CD from your CD Rom drive and insert again to begin the autoplay menu. You will see the Welcome Screen as shown in image 1



**IMAGE 1**

Step 1: Choose your model and click the appropriate button

Step 2: Click "Server", as shown in Image 2



**IMAGE 2**

Step 3: Click "Next", as shown in image 3



**IMAGE 3**

Step 4: Click "Next", as shown in image 4



**IMAGE 4**

Step 5: Click "Finish", as shown in image 5



**IMAGE 5**

**If you have had a previous version of DigiVue on your computer, you may get a dos prompt halting the installation of the server. Simply click the x on the top right corner of this window, and the installation will complete.**

# Chapter 4

Previous Top Next

## Legend

Previous Top Next



01. Camera Title
02. Software Version
03. Time and Date Stamp
04. Power Button (closes the DVR System)
05. Camera Status Buttons
06. Next Screen (shows status of cameras 17 thru 32)
07. Shows current user and drive space used
08. Login button (User and password are both "dvr" by default. You may change this in "setup")
09. Snapshot button.
10. Stop button
11. Print frame button
12. Playback button
13. Record button
14. Minimize utton
15. PTZ controls
16. Help button
17. Map recall
18. Fullscreen (hides GUI)
19 Next Camera (switcher)
20. Screen configuration
21. Brightness, contrast and color controls.
22. Setup button
23. Net button (shows current IP address and what users are remotely connected)

Clicking the [button icon] button will lock the screen. If you lock the screen, all other buttons will not function until the screen is unlocked. The default unlock password is "1234". You may change this in system setup.

## Setup General                                                           Previous  Top  Next



**IMAGE 1**

Clicking the button showed in image 1, will open the Setup Options.

**General Tab**



**IMAGE 2**

**Send Alarm to IP Address.**
This feature will be explained and used in a future version.

**Disk Manager**
Choose which drive to record to and how much of the drive to use (see image 3)



**IMAGE 3**

The DigiVue software will recognize all valid partitions on your computer. You can select which drive(s) to record to by putting a check in the "use" box. You may also leave part of the selected drive(s) unused by using the "reserve space" option on each drive. DigiVue will reserve 2 Gigabytes of space by default.

**Record Schedule (Choose from manual, motion detected, or scheduled recording times)**

Setting up a very detailed recording schedule is an easy task with our software. The week is broken down into half hour periods. The color of the box represents what a camera or all cameras are set to do. Highlight individual boxes, based on time and day of week. Then choose either green, red, or yellow button to determine what you want to do for the specified time. (The purple I/O button is for future use)
Once you choose a function button, the boxes representing that time will change color to show what will occur during that time. You may setup each camera individually, or to setup schedule globally, click the "All Cameras" button



## IMAGE 4

Image 4 shows an example of a record schedule. In this example, we are not recording on Saturday or Sunday. On Monday thru Friday, from we are recording contionous during the hours of 8AM thru 6PM. From 6PM thru 8AM we are recording based on motion.

### Auto Flip
When in full screen mode you can sequence through the cameras and how many seconds on each.

### Auto Log Off
Checking this box will cause the current user will be logged of after 5 minutes of inactivity

### Caption Color
Choose color scheme for text within each camera pane

### E-Map
Putting a check in this box will cause the map to pop up when an I/O alarm is triggered.

### Set Card
Set number of cameras, video mode, and resolution for each XV425 card

## Camera

Previous  Top  Next



**IMAGE 1**

**All Def:**
Creates default motion zones within every picture. You may draw up to 16 different motion zones within each picture, with different sensitivity levels for each one. Motion occuring within a zone will NOT trip the motion. Motion must cross a zone.

**Delay Time:**
Setting the delay time sets the recording time for a motion recording duration after Motion Detection or I/O Alarm trigger stops,the default time is 1 minute; If motion continues, the recording continues.

**Auto Video Out Interval:**
The yellow RCA jack on your card is a video output that is activated when you purchase the EC-ICVO-1. This is a sperate chip that will allow a spot monitor off the card. The changeable field indicates how long you want a camera to show before switching.

**Caption:**
Defines the camera's title;

**Attach PTZ ID:**
Choose corresponding PTZ decoder ID;

**Audio:**
Putting check in this box will record 2 channels audio which is input to audio card (ieft & right channel) corresponding to camera number 1 and number 2 ; Not all audio cards have 2 channel inputs right and left. You only will get one channel of

audio with these cards.

**Prerecord:**
This box is for motion detected recording only. If you do check this box, the DigiVue keeps a buffer of video in memory and will save this buffer when motion is detected. Its like having the recording start a few seconds before the motion is detected

**Frame Flash:**
Check this box only if you want the motion zones to blink when they are triggered.

**OSD:**
When checked, puts time and date stamp on video

## Local User

Previous  Top  Next



**IMAGE 1**

**Administrator:**
This is a default username and password which should be changed and saved somewhere in the event that you get locked out of the software.
Default User Name: "admin"
Default Password "1234"

**User Rights:**
Select a user , you can modify the user rights by removing the check from corresponding box

**Deselect to Hide Camera:**
If you deselect the users camera number, the corresponding video will not show on split screen, but the camera schedule & status will not change. When this user is logged in , he/she can't view the hidden camera's recording or playback

**Scr lock PSW:**
Set screen unlock password. Default password is: 1234

**Example of setup of user rights**

**IMAGE 2**

**IMAGE 3**

In this example, we see that in image 2, the Boss has rights to everything.

In image 3, the manager has only playback and print rights. He/she cannot get into setup or exit. He/she cannot control the color or PTZ, or force record, or minimize the software. Note that we have removed the check mark from camera 4 as well. The manager does not have the right to see camera 4, as it is the camera watching him/her.

## Client User                                                                    Previous  Top  Next



**IMAGE 1**

**User Rights:**
If you select Playback, the Client-User can view Server's camera recording files remotely
If you select PTZ, the Client-User can control Server's camera PTZ remotely;

**Camera:**
If you select the camera number, the Client-User can view this camera remotely;

**Client priority:**
This applies to multiple users trying to move a PTZ camera remotely.1 has highest priority, 7 has lowest.

**Port Set:**
Some customers would like to control which ports the DigiVue software uses to communicate remotely. Click the "port set" button, as shown in image 2 below, and change port numbers as needed.



**IMAGE 2**
**PTZ Decoder**

Previous   Top   Next



**IMAGE 1**

**COM Port:**
Choose the communication port that your RS232 to RS485 adapter will be using, RS485 adapter connects to your PTZ decoder.

**PTZ Decoder:**
Choose the model or brand of your decoder from the drop down menu. If your model is not listed,please send the decoder protocols to us and we can possibly add it for you.

**Baud:**
Select from here, the baud rate your PTZ uses.

## Alarm Setting

Previous  Top  Next

*This can only be utilized with a third party I/O card.*



Select the camera and the corresponding input that will trigger the camera to record.

**Speed Dome Control Panel**

Previous  Top  Next

Click [DS] button to open Speed Dome control panel as shown below.



In the "Protocol" field, please choose the speed dome model from the drop down menu.
In the "Com" field, please choose the communication port that your RS232 to RS485 adapter will be using. RS485 adapter connects to your speed dome.
In the "Addr ID" field, please choose the speed dome ID from the drop down menu or just click the split screens to get corresponding ID.
In the "Speed" field please choose the running speed of your Speed Dome, High, Middle, Low;

**Click Preset to set preset**

Click "Preset Choose" to choose preset number.
Click "Preset Name" to define preset name.
Control PTZ to move the camera to the your desired place.
Click "Save" to save the preset.
Click "Clear" to clear the preset.
Click "Close" to exit Preset.

You can have up to 64 presets.

The Preset will show on the panel in green.

Click the preset name, and the Speed Dome will move to the set place
Click "Sequence Set" to set sequence.

The message "The last Sequence Set will be Clear,Are you sure?", will appear.
Click "OK" to clear all the last sequences set and set a new sequence set;



Click "Preset" to choose the preset number

Click "Delay" to set the delay time

Click "Add" to add the chosen preset to the sequence.

Click "Sequence Run" to run the sequence.

Click "Sequence Stop" to stop the sequence.



**E-Map Mode**

Previous Top Next



**IMAGE 1**

Click the "E-Map" button on the general page of setup as seen in image 1. There is a default map there which you can change by clicking the "Import Map" button.(as seen in image 2) The imported image must be either a jpeg or bmp



**IMAGE 1**

Select a camera at Caption if you want the camera to show on the map, just put check in the "Use" box.(as seen in image 1)

Press the left button of mouse to drag the camera Caption on map to your desired place

Click the MAP button to switch to show E-Map, the MAP icon becomes highlighted. Click again to restore split-screen live video mode.

If Motion is detected or I/O Alarm triggers, the corresponding camera caption color will become red & blink!
The blinking time is the same as the alarm delay time in setup

## Camera Color Status                                    Previous  Top  Next



**IMAGE 1**
Green means the camera is at monitor status;
Red means the camera is at recording status;
Yellow means the camera is at motion detect status;
Purple means the camera is at I/O alarm status;
When a yellow button turns solid red, it means the camera is at motion detected status and recording;
Red & Purple blinking means the camera is at I/O alarm status and recording;

## Auto Flip                                              Previous  Top  Next



**IMAGE 1**

**Auto-Flip**

When in "full screen" mode, you can have the cameras sequence one by one for an amount of time determined by what you fill in the "Auto Flip Interval" box in setup.

It defaults to 0 seconds, and will not auto-flip unless you change that integer.

## Motion Detection                                                                 Previous  Top  Next



**IMAGE 1**



**IMAGE 2**



**IMAGE 3**

Clicking the "All Def" button will create and enable 4 default zones within each picture(recommended, see image 1)

You may use the 4 default zones, or you may clear them and draw zones of your own. To make specific or custom zones, click the "clear" button as shown in image 2.

To draw your own zones, follow the steps below:

Choose camera number, as shown in step 1 of image 3
Choose a zone, as shown in step 2 of image 3
Click and draw the custom zone, as shown in step 3 of image 3

**NOTES:**

**Motion occuring within a zone will NOT trip the motion. Motion must cross a zone.**

**As you enable zones, be sure to set the sensitivity for each zone to meet your specific needs.
(The sensitivity rate is from 1 to 100, 1 is most sensitive)**

## Chapter 5

Previous  Top  Next

## Playback

Previous  Top  Next



1. Play

2. Stop
3. Step back
4. Step Forward
5. Play Slow
6. Play Fast
7. Sound
8. Choose time for play
9. Choose playback size
10. Watermark On/Off
11. Channel/Camera
12. Choose Date
13. Edit Image
14. View BMP/Open a saved image
15. Event Log/ List of all events, including motion/user login/remote login
16. Take snapshot
17. Play a saved video

## Chapter 6

Previous  Top  Next

## Remote Viewing

Previous  Top  Next

**There are two ways to view your cameras remotely. Internet Explorer or Client software. With Explorer, you'll be able to monitor your cameras live, and control PTZ. With Client software, you can monitor live, review, record remotely, and connect to multiple host machines at the same time. The Explorer is primarily for when you are on a computer that does not have client installed, or has an older OS such as Windows 98, on which the Client is not supported.**

*If your host computer is on a network(router), you must either DMZ the machine, or forward ports:*

*6699*
*2000*
*1981*
*6569*
*34000*
*2200 for camera 1, 2201 for camera 2 and so on.*

***We do not support third party routers. However, most router maufacturers have an 800 support line for such things. Setting a DMZ or setting Port Forwarding usually only takes a minute. We can not walk you through this. Please contact the router manufactuer***

****Some ISPs are now building routers into their modems. If you are getting an IP Address that begings with 192, and you do not have a router, please call your ISP and have them help you with the Port Forwarding or DMZ****

## Remote viewing with Internet Explorer

Previous  Top  Next



When Logging On With IE the First Time, Click Here To Install Support Files.

Also Please Enable All Active X Controls In the Tools / Internet Options Security / Custom Level

**IMAGE 1**



**IMAGE 2**

To watch your cameras with IE, first you must find your IP address. Within a network you will use the 192 or local number. From outside the network, you must use the "real world" IP. The easiest way to find out your real world IP address is to go to {linkN www.myipaddress.com} . When you find out the IP address of the host machine, you may now go to a remote machine and Open IE. Type the prefix http:// followed by the IP address and add the suffix :6699 You will reach the login screen shown in image 1

The first time you use this on a remote machine, you will need to install support files that will allow the viewing. Click the red "Click here" link and install the files. You will need to restart the computer. After restart, open IE again and login to IP address. (Be sure that you have enabled all Active X controls in Explorer/tools/internet options/security/Custom Level) This time fill in the Username and Password as DVR and click Login. You should now see a multi-plexed page which can support viewing up to 16 cameras.(Shown in image 2) Turn the cameras on individually with the numbers at the bottom of the page.

## Remote viewing with Client Software

Previous  Top  Next

**Remote viewing with Client Software**

Previous Top Next

Install and launch Client Software from the CD, or download from www.digivue.com. You will be prompted to login. The default is "dvr" for both fields.



**IMAGE 1**

Double-click the client icon on the desktop as shown in image 1



**IMAGE 2**

Do not make any changes to the User Name and Password fields at this time. Click "OK" as shown in image 2



**IMAGE 3**

Click the button shown in image 3 to enter setup.



**IMAGE 4**

In the "new host" box, shown in the top left corner of image 4, input the ip address that you wish to connect to. Then click "add ip"

[Screenshot of Setup window with host configuration panel on the left showing New Host, Add IP, Host Info (67.87.185.53), Host Name (Host1), User Name (Boss), Password, Save, Delete, Global, Select Map, Show Back, BackColor, ForeColor, Exit buttons; and a floor plan with a Client dialog box stating "Setup change will take effect the next time you start Client!" with an OK button]

**IMAGE 5**

Make any changes now to user name and password to match the remote users setup in the host machine. Click "save" as shown in image 5. You will be prompted to close and re-open the software to make change take effect. Please do so.



**IMAGE 6**

When the DigiVue Client software is re-opened, please go directly to the button shown in image 6



**IMAGE 7**

When you click the login button, your IP address will appear as shown in image 7. Please click on the IP address to login.



**IMAGE 8**

When the login ststus window reads "Login", please click the camera button as shown in image 8



**IMAGE 9**

Turn your cameras on one by one until they are all on.



**IMAGE 10**

At this point you can click the "save" arrow as shown in image 10



**IMAGE 11**

When you click the "recall status" button shown in image 11, the Client software will connect to any and all IP address saved and open any and all cameras.

To playback files from the host

Click button to playback the recording of remote Server;



Host: choose the remote Server IP;
Date: select the date;
Channel: choose the camera number;
Click "Search" button to find, if getting, the files name will show at "File List"
Choose the file , then click "Replay" button to play

**Chapter 7**                                                                                    Previous Top Next

**Chapter 7**
Previous Top Next

.

**F.A.Q.s**                                                                                    Previous Top

1. When I try to open the DigiVue software, I get a runtime error message.

*Are you using a supported platform?*
Windows 2000 Professional, XP Professional, or XP Home are the only supported versions of Windows.
*** 2000 Advanced Server as well as 2003 Server are NOT SUPPORTED

**Does** *your computer meet the requirements?*
Pentium 4, 1.8 is the minimum processor that we will support.
A seperate AGP or PCI Express card of 32 meg or better is required. No Intergrated video will be supported.

**Is the DigiVue device driver installed?**
Please be sure you have one digivue video capture card driver listed under Sound, Video, and Game Controllers section of Device Manager. If you do not, then put the CD in and click "Install Driver" from autorun menu.

2. My software opens, but I see DigiVue splash instead of my cameras.

*Is your computer up to specification with the minimum requirements located in chapter 2 of this help file?*
The video graphics controller on your PC is most important when experiencing FAQ #2. I

f you can see your camera in the camera tab of setup, but you see the DigiVue spash in the camera frames, this could only mean one of two things:

A: Your graphics card is not meeting the requirements
B: You need to get the latest driver for the graphics card from the manufactuers website.

If you can not see your camera in the camera tab of setup, then please follow these few simple few steps

A: Locate a clean pencil eraser, and clean the gold contacts on the card. When you are finished they should be a shiny gold color. Remove any of the residue from the eraser.
B: Return the card to the computer. Try the same slot. If the results are the same, then try the slot above or below.
C: If you have followed these steps and still are experiencing trouble, please call us toll free at 1-800-441-9122, or email us for technical support.

3. I am unable to see my cameras through the remote client or Explorer client.

*The most common reason for this is either a router which was not set up, or the Windows Firewall is on.*
Please turn off all firewalls and configure your router to port forward, or DMZ. (See Chapter 6)

4. When I click the "Install Driver" button I get an error message. "Find File Failed"
Is the DigiVue card in the computer? That message is generated when the computer does not see the DigiVue card.

5. I can only see four of my sixteen cameras.

*The DigiVue software defaults to showing one camera per video processing chip for the purpose of maximizing framerate. There are four 60 frame chips per card. Simply change the "set # of cams" dropdown menu in setup. Split the number of cameras evenly per chip. This is located in the bottom right quadrant of the general tab in setup.*

6. My camera one is covering the entire screen. I cant even see the software controls.

**This is a graphics setting. Please check that you are on 1024x768 screen resolution.**

Right-click on an empty area of your desktop, and click "Properties"
Click on the "Settings" tab
Check that you are on 1024x768

If you are on 1024x768, please click the "Advanced" button.
Check that your DPI setting is at 96

If you are still having problems, please contact us for RA instructions.

7. After some time my cameras disappear and are replaced by the "DigiVue" splash.

Turn off your screensaver. You may use the "monitor off" option instead. A screensaver will erase your live video.

### Please note:

**Even if the screensave has erased your live video, It is still recording and can be reached remotely. All you lose is the live video.**





DigiVue Plus Installation CD

Elyssa Corp. 1-800-441-9122
www.elyssacorp.com www.digivue.com

Welcome to the DiGiVue software CD. This CD includes the DVR software of the DiGiVue / Xview Plus.

Digivue/Xview system, which supports Mpeg4, xvid mpeg4 compression up to 16 video inputs with EDV-XV816 per system with 1 channel pc audio, LAN and internet, PTZ, electronic MAP ...etc.

It is strongly recommended that you exit all Windows programs before running this Setup program.

WARNING: This program is protected by USA copyright laws and international treaties. Unauthorized reproduction or distribution of this program, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under law.

Elyssa Corp. 1-800-441-9122
www.elyssacorp.com www.digivue.com

**Browse CD**

**EDV-XV816**

**Web Site**

**Exit**





DiGiVue Plus Installation CD

**Xview Plus DVR**

**Install Driver**

**Server**

**Client**

**Install Help**

**HOME**

Welcome to the DiGiVue software CD. This CD includes the DVR software of the DiGiVue / Xview Plus.

Digivue/Xview system which supports Mpeg4 , xvid mpeg4 compression up to 16 video inputs with EDV-XV816 per system with 1 channel pc audio, LAN and Internet, PTZ, electronic MAP, ...etc.

Digivue Installation

Initializing Wise Installation Wizard.

you exit all Windows programs

ected by USA copyright laws horized reproduction or distribution of this program, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under law.

Elyssa Corp. 1-800-441-9122
www.elyssacorp.com  www.digivue.com



Digivue

Welcome to Digivue Setup program. This program will install Digivue on your computer.

It is strongly recommended that you exit all Windows programs before running this Setup Program.

Click Cancel to quit Setup and close any programs you have running. Click Next to continue with the Setup program.

WARNING: This program is protected by copyright law and international treaties.

Unauthorized reproduction or distribution of this program, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under law.

Next >        Cancel



Case 7:08-cv-02766-KMK    Document 1-10    Filed 03/17/2008    Page 7 of 10













DigiVue Plus Installation CD

DiGiVue
Elyssa Corp. 1-800-441-9122
www.elyssacorp.com www.digivue.com

Browse CD

EDV-XV816

Web Site

Exit

Welcome to the DiGiVue software CD. This CD includes the DVR software of the DiGiVue / Xview Plus.

Digivue/Xview, system, which supports Mpeg4 , xvid mpeg4 compression up to 16 video inputs with EDV-XV816 per system with 1 channel pc audio, LAN and Internet, PTZ, electronic MAP, ...etc.

It is strongly recommended that you exit all Windows programs before running this Setup program.

WARNING: This program is protected by USA copyright laws and international treaties. Unauthorized reproduction or distribution of this program, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under law.

Elyssa Corp. 1-800-441-9122
www.elyssacorp.com  www.digivue.com

Size: 103 MB





Digivue

Welcome to Digivue Setup program. This program will install Digivue on your computer.

It is strongly recommended that you exit all Windows programs before running this Setup Program.

Click Cancel to quit Setup and close any programs you have running. Click Next to continue with the Setup program.

WARNING: This program is protected by copyright law and international treaties.

Unauthorized reproduction or distribution of this program, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under law.

Next

Cancel



Digivue

**Destination Location**

Setup will install Digivue in the following folder.

To install into a different folder, click Browse, and select another folder.

You can choose not to install Digivue by clicking Cancel to exit Setup.

Destination Folder
C:\Program Files\Digivue                                    Browse...

Wise Installation Wizard®

< Back          Next >



DigiVue

**Installing**

Current File
Copying file:
C:\WINDOWS\system32\wvidcore.dll

All Files

Time Remaining 0 minutes 8 seconds

Wise Installation Wizard®

< Back | Next > | Cancel | X

Digivue

Digivue has been successfully installed.

Press the Finish button to exit this installation.

< Back    Finish >    Cancel



