UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELYSSA CORPORATION,　　　　　Plaintiff,
ALAN B. SCHILSKY and
LAWRENCE D. SCHILSKY,

-v-

GLOBAL ENGINEERING SECURITY
SYSTEMS, INC., JOHN DOES 1-10,
JANE DOES 1-10 and XYZ CORPS. 1-10,
　　　　　　　　　　　　　　　　　Defendant.

**JUDGE KARAS**

**08 CIV. 2766**

Case No. _____

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

plaintiff ELYSSA CORPORATION     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date:   March 14, 2008

Signature of Attorney

Attorney Bar Code:  EL 7677

Form Rule7_1.pdf   SDNY Web 10/2007