```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Karas, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ELYSSA CORPORATION,
ALAN B. SCHILSKY and
LAWRENCE D. SCHILSKY,

                Plaintiffs,

-against-

GLOBAL ENGINEERING SECURITY
SYSTEMS, INC., JOHN DOES 1-10,
JANE DOES 1-10 and XYZ CORPS. 1-10,

                Defendants.

------------------------------------------------------------x

Case No.

**JUDGE KARAS**

ORDER TO SHOW CAUSE FOR
A PRELIMNARY INJUNCTION

08 CIV. 2766

     Upon consideration of the complaint and the exhibits annexed thereto; the declaration of Alan B. Schilsky, dated March 12, 2008 and the exhibits annexed thereto; the Affidavit of Stephen L. Weinstein, dated March 14, 2008; and the accompanying memorandum of law, dated March 14, 2008, it is hereby:

     ORDERED that defendant Global Engineering Security Systems, Inc. shall show cause before this Court on the __1st__ day of __April__ 2008, at __10:9__ .m., or as soon thereafter as counsel can be heard, in Courtroom _____ of the United States District Courthouse, Southern District of New York, located at 300 Quarropas Street, White Plains, New York, why this Court should not issue an order:

     (i)     pursuant to Rule 65 of the Federal Rules of Civil Procedure and 17 U.S.C. § 502, granting plaintiffs a preliminary injunction and restraining defendant Global Engineering Security Systems, Inc. and its officers, agents, servants, employees, representatives, and attorneys, or any persons in active concert with them who receive actual notice of this Order,

from manufacturing, displaying, selling or distributing computer drivers and instruction manuals which are identical or substantially similar to plaintiffs' copyrighted and trademarked "Digivue Driver" and "Digivue Manual";

(ii) for such other and further relief this Court may deem just and proper.

ORDERED that service by hand of a copy of this Order, together with the summons and complaint and all other papers upon which it is based, on defendant Global Engineering Security Systems, Inc., no later than March 19, 2008, shall constitute good and sufficient service; and it is further

ORDERED, that any papers submitted by defendant Global Engineering Security Systems, Inc. in opposition to this motion shall be served by overnight mail upon plaintiffs' counsel, Eric R. Levine, Esq., Eiseman Levine Lehrhaupt & Kakoyiannis, P.C., 805 Third Avenue, New York, New York, 10022, on or before March 25, 2008; and it is further

ORDERED that any reply papers submitted by plaintiffs in further support of their motion brought by order to show cause shall be served upon defendant Global Engineering Security Systems, Inc. by overnight mail on or before March 28, 2008.

SO ORDERED.

Dated: New York, New York
       March 17, 2008

ENTER:

_____
United States District Judge

2